**Dismissed and Memorandum Opinion filed February 8, 2022.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-21-00318-CV

---

**TRUNG DUY DAO, Appellant**

**V.**

**PHUC KIEN HUYNH, Appellee**

---

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-37903**

---

### MEMORANDUM OPINION

This appeal is from a judgment signed March 11, 2021. The clerk's record was filed July 9, 2021. The reporter's record was filed July 5, 2021. No brief was filed.

On December 21, 2021, this court issued an order stating that unless appellant filed a brief on or before January 20, 2022, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.


PER CURIAM


Panel consists of Chief Justice Christopher and Justices Zimmerer and Wilson.